CHARLES CLARK, appellant,

*v.*

REBECCA BRADSHAW, respondent.

On appeal from an order overruling exceptions to a master's report, advised by Vice-Chancellor Bird.

*Mr. P. L. Voorhees,* for appellant.

*Mr. D. J. Pancoast,* for respondent.

PER CURIAM.

This order affirmed

For affirmance—THE CHIEF-JUSTICE, DIXON, KNAPP, MAGIE, PARKER, REED, SCUDDER, VAN SYCKEL, CLEMENT, COLE, GREEN, PATERSON, WHITAKER—13.

For reversal—KIRK—1.